1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JESUS RUIZ
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:11-MJ-043 GGH
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER CONTINUING
13      v.                       ) PRELIMINARY HEARING .
                                 )
14 JESUS RUIZ,                   ) Date:  October 28, 2011
                                 ) Time:  2:00 P.m.
15              Defendant.       ) Judge: Hon. Kendall J. Newman
                                 )
16 _____  )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States
18 Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal
19 Defender Jeffrey L. Staniels, counsel for Defendant that the above case
20 be vacated from this court's October 28, 2010, calendar, and that it be
21 continued until December 8, 2011, at 2:00 p.m. for preliminary hearing.
22      Both parties continue to contemplate a pre-indictment resolution
23 of this matter. Counsel for the parties have been exchanging
24 information in an effort to reach an appropriate disposition of the
25 case. In light of these efforts and the need for additional
26 investigation and consultation, both parties are requesting additional
27 time for attorney preparation.
28      **IT IS FURTHER STIPULATED** that the combination of settlement

discussions and need for continuing investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and also supports a finding pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of justice served by permitting this continuance outweigh the interests of the public and the defendant in a speedy trial. This exclusion of time includes the period up to and including December 8, 2011.

Assistant United States Attorney Todd D. Leras agrees to this request and has authorized Jeffrey Staniels to sign this stipulation on his behalf.

Dated: October 21, 2011   /s/ *Todd Leras*
ROBERT TICE-RASKIN
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 21, 2011   /s/ *Jeffrey L. Staniels*
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
JESUS RUIZ

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 25, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Continuing Case                 2