```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JESUS RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-MJ-043 GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) PRELIMINARY HEARING . |
| JESUS RUIZ, | ) Date: December 8, 2011 |
|  | ) Time: 2:00 P.M. |
| Defendant. | ) Judge: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's December 8, 2010, calendar, and that it be continued until January 26, 2012, at 2:00 p.m. for preliminary hearing before the duty Magistrate-Judge.

Both parties continue to contemplate a pre-indictment resolution of this matter. Counsel for the parties have been exchanging information in an effort to reach an appropriate disposition of the case. In light of these efforts and the need for additional investigation and consultation, both parties are requesting additional time for attorney preparation.

**IT IS FURTHER STIPULATED** that the combination of settlement discussions and need for continuing investigation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and also supports a finding pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of justice served by permitting this continuance outweigh the interests of the public and the defendant in a speedy trial. This exclusion of time includes the period up to and including January 26, 2012.

Assistant United States Attorney Todd D. Leras agrees to this request and has authorized Jeffrey Staniels to sign this stipulation on his behalf.

Dated: December 7, 2011        /s/ *Todd Leras*
                               ROBERT TICE-RASKIN
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: December 7, 2011        /s/ *Jeffrey L. Staniels*
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               JESUS RUIZ


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  December 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Continuing Case                 2