
1 BENJAMIN B. WAGNER
United States Attorney
2 TODD D. LERAS
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Mag. 11-043 GGH
Plaintiff, )
) STIPULATION AND [PROPOSED] *DAO*
) ORDER CONTINUING PRELIMINARY
v. ) HEARING
)
JESUS RUIZ, )
)
Defendant. )
_____)

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel for Defendant Jesus Ruiz, that the preliminary hearing scheduled for January 26, 2012, be continued to February 23, 2012, at 2:00 p.m.

The parties are finalizing a proposed pre-indictment resolution of this matter. In light of the settlement discussions and continuing investigation, both parties are requesting additional time for attorney preparation.

1

The government and defendant agree that the combination of
settlement discussions and continuing investigation constitute
good cause to extend the time for preliminary hearing under
Federal Rule of Criminal Procedure 5.1(d), as well as under the
Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion
of time includes the period up to and including February 23,
2012.

       Jeffrey Staniels agrees to this request and has authorized
Assistant United States Attorney Todd D. Leras to sign this
stipulation on his behalf.

DATED: January 26, 2012          By: /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney


DATED: January 26, 2012          By: /s/ Todd D. Leras for
                                     JEFFREY STANIELS
                                     Attorney for Defendant
                                     MIGUEL RONQUI RUIZ

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for January 26, 2012, is continued to February 23, 2012, at 2:00 p.m., before Magistrate Judge Kendall J. Newman.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including February 23, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: January 26, 2012

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE