```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESUS RUIZ
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  No. 2:11-MJ-043 GGH
                                   )
11                Plaintiff,       )
                                   )  STIPULATION AND ORDER CONTINUING
12       v.                        )  PRELIMINARY HEARING
                                   )
13  JESUS RUIZ,                    )  Date:  March 15, 2012
                                   )  Time:  2:00 P.M.
14                Defendant.       )  Judge: Hon. Edmund F. Brennan
                                   )
15  _____  )
```

16      **IT IS HEREBY STIPULATED** by and between Assistant United States

17  Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal

18  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

19  be vacated from this court's March 15, 2012, calendar, and that it be

20  continued until April 12, 2012, at 2:00 p.m. for preliminary hearing

21  before the duty Magistrate-Judge.

22      Both parties continue to contemplate a pre-indictment resolution

23  of this matter. Counsel for the parties have been exchanging

24  information in an effort to reach an appropriate disposition of the

25  case. In light of these efforts and the need for additional

26  investigation and consultation, both parties are requesting additional

27  time for attorney preparation.

28  ////

1 **IT IS FURTHER STIPULATED** that the combination of settlement
2 discussions and need for continuing investigation constitute good cause
3 to extend the time for preliminary hearing under Federal Rule of
4 Criminal Procedure 5.1(d), and also supports a finding pursuant to the
5 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of
6 justice served by permitting this continuance outweigh the interests of
7 the public and the defendant in a speedy trial. This exclusion of time
8 includes the period up to and including April 12, 2012.

9 Assistant United States Attorney Todd D. Leras agrees to this
10 request and has authorized Jeffrey Staniels to sign this stipulation on
11 his behalf.

Dated: March 14, 2012         /s/ *Todd Leras*
                              TODD D. LERAS
                              Assistant United States Attorney
                              Counsel for Plaintiff

Dated: March 14, 2012         /s/ *Jeffrey L. Staniels*
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              JESUS RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 14, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE